[No. 21052–1–I.   Division One.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID MACELVEEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00606–5, Peter K. Steere, J., entered September 18, 1987. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Swanson and Webster, JJ.

[No. 20392–4–I.   Division One.   April 17, 1989.]

MARK TREADWELL, *Appellant,* v. GERTRUDE CHOYET, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–02294–5, Richard M. Ishikawa, J., entered May 7, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse, A.C.J., and Scholfield, J.

[No. 21053–0–I.   Division One.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE JAMES KNIFFEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02661–1, Robert E. Dixon, J., entered September 8, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, C.J., and Grosse, J.

[No. 20068–2–I.   Division One.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID R. MILLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–8–03091–5, Edward Heavey, J., entered May 4, 1988. *Remanded* by unpublished per curiam opinion.